# DENNIS STEBBINS

## *v.*

## WILLIAM LEAMAN *et al.*

1.   TAXATION TO PAY BOUNTIES—*constitutionality of the act of February* 7, 1865. The act of February 7, 1865, authorizing the levy and collection of taxes in the county of Jasper, and other counties therein named, for the payment of bounties to persons who might enlist and be mustered into the service of the United States, is constitutional.

WRIT OF ERROR to the Circuit Court of Jasper county; the Hon. AARON SHAW, Judge, presiding.

This was a bill in chancery, filed in the court below, by William Leaman and others, tax payers, in the town of Granville, in the county of Jasper, against Dennis Stebbins, the collector of the town of Granville, praying an injunction to restrain the collector of said town, from the collection of certain taxes, levied for the purpose of raising a bounty for volunteers in the military service of the United States, by virtue of an act of the General Assembly of the State of Illinois, approved February 7, 1865, entitled "An act to authorize the levy and collection of taxes in the counties of Jasper, Cumberland, Crawford and Clark, for the payment of

bounties to persons who enlist and are mustered into the service of the United States."

The defendant filed his demurrer to the bill, which was overruled, and the injunction was made perpetual, and he now brings the cause to this court, by writ of error, and insists that the law of 1865 is constitutional, and that the court below erred in overruling the demurrer to the bill, and asks that the decree be reversed.

Messrs. HANNA, TANNER & CASEY, for the plaintiff in error.

Mr. ISAAC GIBSON, for the defendants in error.

PER CURIAM: The only question presented by this record is, as to the constitutionality of an act of the legislature authorizing the levy of taxes for the payment of military bounties to escape the draft. This question has already been decided by this court, in *Taylor* v. *Thompson*, 42 Ill. 9.

*Decree reversed*

<div align="right">

| 47 | 353 |
|---|---|
| 130 | 314 |

| 47 | 353 |
|---|---|
| 169 | 497 |

| 47 | 353 |
|---|---|
| f93a | ¹372 |

| 47 | 353 |
|---|---|
| 100a | ⁶537 |
| 101a | ⁶478 |

| 47 | 353 |
|---|---|
| 103a | ⁸222 |